ACCEPTED
05-23-00683-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/26/2024 9:36 AM
RUBEN MORIN
CLERK

CASE NO. 05-23-00683-CR

| | | |
|---|---|---|
| JOSEPH MARSHALL GUTIERREZ | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | FIFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/26/2024 9:36:46 AM
Ruben Morin
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Appellant and respectfully moves this Court to extend the time for filing the Appellant's Brief, and in accordance with the appellate rules, submits the following facts:

1.) This case is on appeal from the 296th Judicial District Court, Collin County, Texas in Cause No. 296-83200-2022, State of Texas vs. Joseph Marshall Gutierrez.

2.) Appellant was convicted on June 21, 2023 on an indictment for the felony offense of Online Solicitation Minor Sexual Conduct. Appellant received a life sentence of confinement in TDCJ.

3.) Appellant has requested a prior extension of time to file its brief. This Court granted the first request for extension and set the due date for February 26, 2024 to file Appellant's Brief.

4.) Appellant's counsel hereby files this Second Motion for Extension of

Joseph Marshall Gutierrez v. The State of Texas
Second Motion for Extension of Time to File Appellant's Brief
Case No. 05-23-00683-CR / Fifth Court of Appeals, Dallas, TX

1

Time to File Appellant's Brief. Appellant requests a thirty (30) day extension.

5.) Appellant's counsel requests the extension based on counsel having court appearances and hearings in other matters. Said time spent on other matters have affected counsel's time and ability to finish and submit the Appellant's Brief by the due date of February 26, 2024. Specifically, counsel has been preoccupied in the criminal cases: State of Texas vs. Tony McCurty, Cause No. 006-85614-2022 and Cause No. 006-85615-2022, County Court at Law No. 6, Collin County; Cause No. 199-82112-2023 and Cause No. 199-82324-2023, 199th District Court, Collin County. Said cases are set for jury trial on March 4, 2024. Moreover, counsel was occupied in a disposition hearing on in a juvenile matter on February 19, 2024.

6.) Counsel has been working diligently in preparing the Appellant's Brief on this matter, but counsel requests additional time to complete the brief.

7.) Said second request for extension of time to file the Appellant's Brief is sought in the interest of justice and not for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion for Extension of Time to File Appellant's Brief, and for such

Joseph Marshall Gutierrez v. The State of Texas 2
Second Motion for Extension of Time to File Appellant's Brief
Case No. 05-23-00683-CR / Fifth Court of Appeals, Dallas, TX

other and further relief as the Court may deem appropriate.

Respectfully submitted,

Chesley & Perales, PC
6951 Virginia Parkway, Suite 311
McKinney, Texas 75071
Tel: (972) 292-7130
Fax: (888) 400-0214

By: /s/ *Donny J. Perales*
Donny J. Perales
Texas Bar No. 24046610

Attorney for Appellant

## CERTIFICATE OF SERVICE ON MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

This is to certify that on FEBRUARY 26, 2024, a true and correct copy of the above and foregoing Second Motion for Extension of Time to File Appellant's Brief was served to the Collin County District Attorney's Office via electronic service, EFile.TX.Gov, to: daappeals@co.collin.tx.us.

/s/ *Donny J. Perales*
Donny J. Perales
Texas Bar No. 24046610

Joseph Marshall Gutierrez v. The State of Texas                                              3
Second Motion for Extension of Time to File Appellant's Brief
Case No. 05-23-00683-CR / Fifth Court of Appeals, Dallas, TX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Donny Perales
Bar No. 24046610
donny@chesleyperaleslaw.com
Envelope ID: 84881759
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Appellant's Brief, Second Request
Status as of 2/26/2024 9:42 AM CST

Associated Case Party: Collin County District Attorney's Office

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Collin County DA's Office Appellate Division | | daappeals@co.collin.tx.us | 2/26/2024 9:36:46 AM | SENT |